**BADILLO v. CUNNINGHAM**

[361 N.C. 112 (2006)]

ENRIQUE BADILLO v. ALPHONZA J. CUNNINGHAM, CHRISTIE CUNNINGHAM, AND FRANK OTIS BURROUGHS, JR.

No. 359A06

(Filed 15 December 2006)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 177 N.C. App. 732, 629 S.E.2d 909 (2006), affirming an order entered 27 June 2005 by Judge W. Douglas Albright in Superior Court, Rockingham County. Heard in the Supreme Court 21 November 2006.

*Wilson & Coffey, LLP, by G. Gray Wilson and Stuart H. Russell, for plaintiff-appellant.*

*Teague, Rotenstreich & Stanaland, LLP, by Paul A. Daniels, for unnamed defendant-appellee Nationwide Mutual Insurance Company.*

PER CURIAM.

AFFIRMED.

Justice MARTIN did not participate in the consideration or decision of this case.